**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6091**

GEORGE M. THOMPSON, JR.,

Plaintiff - Appellant,

v.

SUSSANNE NEEB,

Defendant - Appellee,

and

D. T. MCEATHRON,

Defendant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (7:07-cv-00092-JLK-MFU)

Submitted:  March 25, 2008          Decided:  March 31, 2008

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George M. Thompson, Jr., Appellant Pro Se.  Carlene Booth Johnson, PERRY LAW FIRM, PC, Dillwyn, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George M. Thompson, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Thompson's motion for transcript at government expense and affirm for the reasons stated by the district court. Thompson v. Neeb, No. 7:07-cv-00092-JLK-MFU (W.D. Va. Dec. 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED